1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7                   FOR THE DISTRICT OF ARIZONA

8

9   Kevin A. Osborn,                        )   No. CV-08-2193-PHX-ROS (JRI)
                                            )
10              Plaintiff,                   )   **ORDER**
                                            )
11  vs.                                      )
                                            )
12                                           )
    Ivan Bartos, et. al.,                    )
13                                           )
                Defendants.                  )
14                                           )
                                            )
15  _____)

16          Pending before the Court is the Magistrate Judge's Report and Recommendation

17  ("R&R").  (Doc. 280).

18          A district judge "may accept, reject, or modify, in whole or in part, the findings or

19  recommendations made by the magistrate judge."  28 U.S.C. § 636(b).  Where any party has

20  filed timely objections to the magistrate judge's report and recommendations, the district

21  court's review of the part objected to is to be *de novo.  Id.*; *see also United States v. Reyna-*

22  *Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219,

23  1226 (D. Ariz. 2003) ("Following *Reyna-Tapia*, this Court concludes that *de novo* review of

24  factual and legal issues is required if objections are made, but not otherwise.") (internal

25  quotations and citations omitted).

26          The R&R was issued January 12, 2012.  No objections being made, the Court will

27  adopt the Report and Recommendation in full.

28          Accordingly,

1        **IT IS ORDERED** the Report and Recommendation **(Doc. 280)** is **ADOPTED**.

2        **IT IS ORDERED** Defendants Unknown Parties (John Does and Jane Does) are

3   **DISMISSED WITHOUT PREJUDICE**.

4

5        DATED this 3rd day of February, 2012.

6

7   _____

8                              Roslyn O. Silver
                        Chief United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28