IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kevin A. Osborn,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Ivan Bartos, et. al.,<br><br>　　　　Defendants. | No. CV-08-2193-PHX-ROS (JRI)<br><br>**ORDER** |

Pending before the Court is the Magistrate Judge's Report and Recommendation ("R&R"). (Doc. 280).

A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). Where any party has filed timely objections to the magistrate judge's report and recommendations, the district court's review of the part objected to is to be *de novo*. *Id.*; *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("Following *Reyna-Tapia*, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, but not otherwise.") (internal quotations and citations omitted).

The R&R was issued January 12, 2012. No objections being made, the Court will adopt the Report and Recommendation in full.

Accordingly,

**IT IS ORDERED** the Report and Recommendation **(Doc. 280)** is **ADOPTED**.

**IT IS ORDERED** Defendants Unknown Parties (John Does and Jane Does) are **DISMISSED WITHOUT PREJUDICE**.

DATED this 3rd day of February, 2012.

_____
Roslyn O. Silver
Chief United States District Judge